# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors.[1] | Jointly Administered |
| HERITAGE HOME GROUP LLC, | |
| Plaintiff, | |
| v. | |
| ANGELUS FURNITURE OUTLET, INC. | Adv. Proc. No. 18-50968 (BLS) |
| CABOT HOUSE INC. | Adv. Proc. No. 19-50000 (BLS) |
| CAMPBELL & CO. INC. | Adv. Proc. No. 19-50001 (BLS) |
| PLUM MANAGEMENT LLC | Adv. Proc. No. 19-50002 (BLS) |
| QUALITY FURNITURE, LLC | Adv. Proc. No. 19-50003 (BLS) |
| SAMALCO LLC | Adv. Proc. No. 19-50004 (BLS) |
| THE ANNEX LLC | |
| d/b/a THOMASVILLE DREXEL | Adv. Proc. No. 19-50005 (BLS) |
| TOW OF WISCONSIN, INC. | Adv. Proc. No. 19-50006 (BLS) |
| Defendants. | |

## NOTICE OF ORAL ARGUMENT

**PLEASE TAKE NOTICE** that on February 26, 2019, the above-captioned defendants (collectively, the "Defendants") each filed a *Defendant's Motion to Dismiss Complaint* (the "Motions to Dismiss") and accompanying *Memorandum of Law in Support of Motion by Defendant to Dismiss Adversary Proceeding* with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on August 24, 2020, PNC Bank, N.A. filed a *Memorandum of Law in Opposition to Motion by Defendant to Dismiss Adversary Proceeding*.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

{00029230. }

**PLEASE TAKE FURTHER NOTICE** that on September 28, 2020, Defendants filed a *Request for Oral Argument* on the Motions to Dismiss with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court granted Defendants' Request for Oral Argument and a hearing on the Motions to Dismiss will be held on **December 3, 2020 at 10:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1.

| | |
|---|---|
| Dated: October 13, 2020<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Frederick B. Rosner (DE #3995)<br>Jason A. Gibson (DE #6091)<br>Zhao (Ruby) Liu (DE #6436)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>Email: rosner@teamrosner.com<br>          gibson@teamrosner.com<br>          liu@teamrosner.com<br><br>and<br><br>FENNEMORE CRAIG, P.C.<br>Anthony W. Austin<br>2394 E. Camelback Road, Ste. 600<br>Phoenix, AZ 85016<br>Telephone: 602-916-5000<br>Email: aaustin@fclaw.com<br><br>*Counsel to Defendants* |